UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JANET S. BAER**

Hearing Date: June 28, 2019

Bankruptcy Case No.: 19 B 16583

Adversary No.:

Title of Case: In re: Linda R. Johnson

Brief Statement of Motion: Motion to Extend Automatic Stay (Docket #16)

Names and Addresses of moving counsel: See Attached Service List

Representing:

## ORDER

**IT IS HEREBY ORDERED that:**

The Motion to Extend Automatic Stay is granted and the stay is extended as to all creditors to July 19, 2019 at 10:00 A.M.

This motion is continued to July 19, 2019 at 10:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134.

By: /s/ Janet S. Baer   MLU

Janet S. Baer