UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Linda R Johnson,<br><br>Debtor. | Case No. 19-16583<br>Chapter 13<br>Plan filed on June 11, 2019<br>Confirmation Hearing: August 23, 2019<br>Honorable Janet S. Baer |

## **OBJECTION TO CONFIRMATION OF PLAN**

NOW COMES JPMorgan Chase Bank, National Association (hereinafter referred to as "Creditor"), a secured creditor herein by its attorneys, Heavner, Beyers & Mihlar, LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed June 11, 2019, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on June 11, 2019. The Debtor's Chapter 13 Plan has not yet been confirmed.

3. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code.

4. Said Creditor is a mortgage holder or servicer on the property commonly known as 711 Fieldcrest Drive, South Elgin, Illinois 60177.

5. The Debtor's plan proposes a monthly payment of $525.00 for 36 months to the Standing Trustee for the benefit of creditors.

6. That Creditor will file a Proof of Claim in the instant case totaling $171,489.85 and listing an estimated pre-petition arrearage of $21,217.43.

7. That the Debtor has used the District's model plan for her Chapter 13 plan and said model contains language negatively impacting the Creditor. Specifically, Part 3.1 of the plan provides that the mortgage arrears in the amount of $20,000.00 will be paid to JPMorgan Chase Bank, Home Mtg and does not provide for monthly payments to be paid to Creditor for its pre-petition arrearage.

8. The above quoted portion directs payments which are substantially less than the amount owed to this Creditor pursuant to its soon to be filed Proof of Claim.

9. That if the plan is administered as written rather than as intended, Creditor would receive substantially less than its soon to be filed, secured Proof of Claim, in contravention of the provisions of the Bankruptcy Code.

10. Sufficient grounds exist for denial of confirmation of Debtor's plan:

   a. Fails to cure Creditor's pre-petition arrearage claim amount in full.

WHEREFORE, this Creditor, JPMorgan Chase Bank, National Association, and/or its assigns, requests the Court enter an Order denying confirmation of the Debtor's Chapter 13 plan.

Dated this 31st day of July, 2019.

JPMorgan Chase Bank, National Association,

By: /s/ Amanda J. Wiese
Amanda J. Wiese
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754